IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

WESLEY JAMES WILLIAMS

_____/

SEALED
INDICTMENT
3:22-cr-52/TKW

THE GRAND JURY CHARGES:

COUNT ONE

On or about March 25, 2022, in the Northern District of Florida, the defendant,

**WESLEY JAMES WILLIAMS,**

in connection with his attempted acquisition of a firearm, that is, a Ruger 9 millimeter pistol, from Academy Sports and Outdoors, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to Academy Sports and Outdoors, which statement was intended and likely to deceive Academy Sports and Outdoors as to a fact material to the lawfulness of such attempted acquisition of the firearm by the defendant under Chapter 44 of Title 18, United States Code, in that the defendant represented that he had never been convicted of a felony, when in fact, as the defendant then well knew, he had previously been convicted of a felony.



In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about March 31, 2022, in the Northern District of Florida, the defendant,

**WESLEY JAMES WILLIAMS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1.     a.     On or about March 1, 1993, **WESLEY JAMES WILLIAMS** was convicted in the State of Florida of Making Forged Instrument, Uttering Forged Instrument, Possession of Cocaine, Burglary (three counts), Forgery (three counts), and Grand Theft (two counts);

       b.     On or about June 17, 1993, **WESLEY JAMES WILLIAMS** was convicted in the State of Florida of Burglary;

       c.     On or about November 9, 1995, **WESLEY JAMES WILLIAMS** was convicted in the State of Colorado of Second Degree Burglary and Theft; and

      d.    On or about May 3, 2000, **WESLEY JAMES WILLIAMS** was convicted in the State of Florida of Burglary of Conveyance (two counts), Burglary of Structure, Forgery, Grand Theft, Uttering Forged Instrument, and Grand Theft.

2. For each of these crimes, **WESLEY JAMES WILLIAMS** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **WESLEY JAMES WILLIAMS** did knowingly possess a firearm, to wit, a Ruger 9 millimeter pistol.

4. This firearm had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about April 23, 2022, in the Northern District of Florida, the defendant,

**WESLEY JAMES WILLIAMS,**

in connection with his attempted acquisition of a firearm, that is, a Glock 9 millimeter pistol, from Academy Sports and Outdoors, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to Academy Sports and Outdoors, which statement was intended and likely to deceive Academy Sports and Outdoors as to a fact material to the lawfulness of such

3

attempted acquisition of the firearm by the defendant under Chapter 44 of Title 18, United States Code, in that the defendant represented that he had never been convicted of a felony, when in fact, as the defendant then well knew, he had previously been convicted of a felony.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**WESLEY JAMES WILLIAMS,**

knowingly committed the violations set forth in Count Two of this Indictment, any and all interest that this defendant has in the firearm involved in this violation is

vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

███████████████

FOREPERSON

19 Jul 2022
DATE

_____
JASON R. COODY
United States Attorney

_____
JEFFREY M. THARP
Assistant United States Attorney